## CONSENT TO SUE

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of G-Net Construction Corp. and its owners and affiliates to pay me, *inter alia*, wages as required under state and/or federal law and also authorize the filing of this consent in the lawsuit challenging such conduct, and consent to being named as a representative plaintiff in this action to make decisions on behalf of all other plaintiffs concerning all aspects of this lawsuit. I have been provided with a copy of a retainer agreement with the law firm of Levin-Epstein & Associates, P.C., and I agree to be bound by its terms.


Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre y en mi nombre para impugnar el incumplimiento de G-Net Construction Corp. y sus propietarios y afiliados de pagarme, entre otras cosas, los salarios requeridos por el estado y/o o la ley federal y también autorizo la presentación de este consentimiento en la demanda que impugna tal conducta, y el consentimiento para ser nombrado como demandante representante en esta acción para tomar decisiones en nombre de todos los demás demandantes con respecto a todos los aspectos de esta demanda. Me han proporcionado una copia de un acuerdo de retención con el bufete de abogados de Levin-Epstein & Associates, P.C., y acepto estar sujeto a sus términos.


**LUIS VILLANUEVA**

_____
Luis Villanueva

Dated: _____08/08/2022_____