USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Luis Villanueva, Jose Eduardo Villanueva, and Julio Perez, on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,

                    Plaintiffs,

-v.-

G-Net Construction Corp., G-Net Construction Services LLC, G-Net Realty Corporation, and Joseph Nativo,

                    Defendants.

22 Civ. 7199 (JHR)

SCHEDULING ORDER

---

JENNIFER H. REARDEN, District Judge:

    Defendants' Letter-Motion on consent requesting adjournment of the initial pretrial conference (ECF No. 29) is GRANTED. IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for **March 22, 2023,** at **11:30 A.M.**, is RESCHEDULED for **April 11, 2023,** at **12:30 P.M.,** via Microsoft Teams. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 718 586 276#.

    The parties are reminded that they must file on ECF, no later than **one week prior to the conference date,** a joint letter and a proposed Civil Case Management Plan and Scheduling Order, in accordance with the Court's March 3, 2023 Order. *See* ECF No. 28. At that time, one courtesy copy of the pleadings should also be emailed to ReardenNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: March 15, 2023
      New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge