# Robert J. Fileccia
## Attorney @ Law

496 Willowbrook Road                                                    Phone: 718-982-1573  
Staten Island, New York 10314                            Catchaprosecutor@aol.com

September 8, 2023

Honorable Valerie Figueredo, U.S.M.J.  
United States District Court Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: <u>Villaneuva, et al. vs. G-Net Construction Corp., et al.</u>  
Case: 1:22-cv-07199-JHR

Dear Hon. Magistrate Judge Figueredo,

    I represent the defendants in this proceeding. I respectfully request the settlement conference scheduled for September 18 be adjourned to the first week in October 2023 to allow the parties to complete discovery that will make the conference much more fruitful. This is the second request for an extension of the settlement conference.

    On July 28, 2023, I asked Your Honor to adjourn the first settlement conference because I suffered complications from Covid-19 pneumonia that I had earlier this year. Doc. #42. Despite my circumstances, a) on July 25, I served the defendants' responses to the plaintiffs' document demands and interrogatories, b) on August 2, I served the plaintiffs with deposition notices, c) on August 17, I served the plaintiffs with document demands, and d) on August 19, I served the four plaintiffs with interrogatories. The plaintiffs have until September 19 to provide discovery responses pursuant to the FRCP. On August 23, Hon. Jennifer Rearden was gracious to extend the discovery deadline to October 13, 2023. Document #45.

    Therefore, please reschedule the settlement conference to the first week in October 2023 so the defendants can have an opportunity to review the plaintiffs' submissions before entering into good faith negotiations. Yesterday, I informed the plaintiffs' lawyer Jason Mizrahi of my intention to file this motion but he did not respond. Exhibit 1.

    I thank Your Honor for this consideration.

                                                           Respectfully submitted,  
                                                           /s/ *Robert Fileccia*  
                                                           Robert J. Fileccia, Esq.

cc: Jason Mizrahi, Esq. by ECF

| | |
|---|---|
| Subject: | **Villaneuva, et al vs G-Net Construction et al, 22-CV-07199-JHR** |
| Date: | 9/7/2023 3:55:31 PM Eastern Standard Time |
| From: | catchaprosecutor@aol.com |
| To: | Jason@levinepstein.com |
| Cc: | Joshua@levinepstein.com, catchaprosecutor@aol.com |

Dear Jason,

Please let me know when you anticipate completing your responses to the Defendants' document demands and interrogatories. (I am aware you have until September 19 pursuant to the FRCP.) The reason I ask is that I intend to write to Hon. Valerie Figueredo tomorrow to reschedule the settlement conference because the defendants can certainly benefit from additional exchange of information that would make the settlement conference much more fruitful. Of course, my clients and I need your responses before the settlement conference to honestly assess the Plaintiffs' position and to file our pre-conference submission. Since Hon. Jennifer Rearden was gracious to extend the discovery deadline to October 13, I truly need to coordinate our efforts at this time. See Document Nos. 42 and 45 if you need further information.

Thank you, Robert +

> **SO ORDERED**
>
> *[signature]*
>
> VALERIE FIGUEREDO
> United States Magistrate Judge
>
> Dated: September 11, 2023
>
> Defendants' request for adjournment is **GRANTED**. The settlement conference scheduled for September 18, 2023 is hereby adjourned to **Wednesday, October 4, 2023 at 2:00 p.m.** The parties are directed to submit pre-conference submissions, via e-mail to chambers, no later than **September 27, 2023**. The Clerk of Court is directed to terminate the motion at ECF No. 46.