UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS VILLANUEVA et al.,

                                      Plaintiffs,

        -against-

G-NET CONSTRUCTION CORP. et al.,

                                    Defendants.
------------------------------------------------------------------X

22-CV-7199 (JHR) (VF)

**ORDER RESCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The conference in this matter is rescheduled from Monday, November 20, 2023, at 10:30 a.m. to **Tuesday, November 21, 2023, at 2:00 p.m**. The conference is to discuss the disputes raised at ECF Nos. 53 and 54. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335**.

       SO ORDERED.

DATED:    New York, New York
               November 8, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge