UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LUIS VILLANUEVA et al.,

                               Plaintiffs,

                 -against-

G-NET CONSTRUCTION CORP. et al.,

                             Defendants.
----------------------------------------------------------------X

22-CV-7199 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       At the conference scheduled for **Tuesday, November 21, 2023, at 2:00 p.m.**, the discovery disputes raised at ECF Nos. 51 and 52 will also be addressed. If the parties wish to supplement their prior filings in advance of the conference, they can do so by **Friday, November 17, 2023**, at 5:00 p.m.

       **SO ORDERED.**

DATED:     New York, New York
            November 9, 2023

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge