# Robert J. Fileccia
Attorney @ Law

496 Willowbrook Road                                                     Phone: 718-982-1573
Staten Island, New York 10314                              Catchaprosecutor@aol.com

_____

November 20, 2023

Honorable Valerie Figueredo, U.S.M.J.
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

                 Re: <u>Villaneuva, et al. vs. G-Net Construction Corp., et al.</u>
                        Case: 1:22-cv-07199-JHR

Dear Hon. Magistrate Judge Figueredo,

   I represent the defendants. I respectfully request tomorrow's informal discovery conference be rescheduled for one week to November 27, 28, or 30; so that my clients and I can analyze the Plaintiffs' discovery response they sent me on Friday November 17.  G-Net Construction is closed on weekends.

   The plaintiffs' lawyer Jason Mizrahi consents to a one-week continuance. I sincerely thank Your Honor for this consideration.

                                                       Respectfully submitted,
                                                       /s/ *Robert Fileccia*
                                                       Robert J. Fileccia

cc: Jason Mizrahi, Esq. by ECF

---

**Application Granted**

*[signature]*

Valerie Figueredo, U.S.M.J.

DATED: November 20, 2023

The conference scheduled for Tuesday, November 21 at 2:00 p.m. is rescheduled to **Thursday, November 30 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335]**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 61.