UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS VILLANUEVA, et al.,

                              Plaintiffs,                       **22-CV-7199 (VF)**

          -against-                                       **ORDER**

G-NET CONSTRUCTION CORP., et al.,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties in this wage-and-hour case under the Fair Labor Standards Act ("FLSA") have consented to my jurisdiction under 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 for purposes of reviewing their proposed settlement. ECF No. 70. On March 1, 2024, the parties submitted a joint-letter motion in support of settlement (ECF No. 71) and proposed settlement agreement (ECF No. 71-1) for approval under <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015). The Court has reviewed the agreement and corresponding letter in order to determine whether the proposed agreement represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in the parties' letter and the terms of the proposed settlement agreement, it is hereby **ORDERED** that:

1. The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiffs' claims in this action and to compensate Plaintiffs' counsel for their legal fees, and the agreement is therefore approved.

2. As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued with prejudice and without costs, provided, however, that, within 30

days of the date of this Order, if any aspect of the written documentation of the settlement is not completed, then Plaintiffs may apply by letter for the restoration of the action to the active calendar of the Court.

3. The Clerk of Court is directed to close this case.

**SO ORDERED.**

DATED:   New York, New York
         August 21, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge